| | |
|---|---|
| District Court<br>Denver County, Colorado<br>Court Address:<br>1437 Bannock Street<br>Denver, CO 80202 | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Feb 24 2012  4:37PM MST**<br>**Filing ID: 42715502**<br>**Review Clerk: Nik Zender** |
| Plaintiff(s): SHAWN RHODES<br><br>v.<br><br>Defendant(s): SAFECO INSURANCE COMPANY OF AMERICA | ▲  **COURT USE ONLY**  ▲<br><br>Case Number: 12CV790<br><br>Division:          Courtroom: 280 |
| **ORDER CHANGING CIVIL CASE COVER SHEET DESIGNATION** | |

The Court, having reviewed the JDF 601 Civil Case Cover Sheet filed on February 24, 2012 and the Complaint filed on February 9, 2012, hereby orders:

☒ This case meets the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court and shall be governed by the rules contained in CJD 11-02, available at *http://www.courts.state.co.us/Courts/Civil_Rules.cfm*. Plaintiff may file an Amended Complaint within **7 days** of the date of this Order (*see* Pilot Project Rule ("PPR") 2.2). Plaintiff's initial disclosures under PPR 3.1 must be filed within **21 days** of service of the Amended Complaint. If Plaintiff does not amend the Complaint, initial disclosures must be filed within **21 days** of service of the Original Complaint or within **21 days** of the date of this Order, whichever occurs later.

☐ This case does **not** meet the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court. Plaintiff shall file an Amended Civil Case Cover Sheet, indicating whether C.R.C.P. 16.1 applies, within **7 days** of the date of this Order.

Date: February 24, 2012                                       BY THE COURT:

*[signature]*

J. Eric Elliff
District Court Judge