| | |
|---|---|
| DENVER DISTRICT COURT<br>COUNTY OF DENVER<br>STATE OF COLORADO<br>**1437 Bannock St.**<br>**Denver, CO 80202** | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Feb 24 2012  9:30AM MST**<br>**Filing ID: 42692496**<br>**Review Clerk: Nik Zender** |
| PLAINTIFF: SHAWN RHOADES<br><br>v.<br><br>DEFENDANT: SAFECO INSURANCE COMPANY OF AMERICA | **▲ COURT USE ONLY ▲**<br><br>Case Number:  **12CV790**<br><br>Courtroom: **280** |
| **SHOW CAUSE ORDER** ||

  This matter comes before the Court on its own review.  On February 9, 2012 the Court issued a Delay Reduction Order and a Notice and Order to File JDF 601 District Court Civil Case Cover Sheet ("Notice").  In its Notice the Court informed Plaintiff that it had filed the wrong cover sheet and that if Plaintiff failed to comply within seven days, the Court "may impose sanctions, including striking this pleading."  **Plaintiff has failed to comply within seven days of that order.**

  JDF 601 was revised to account for the Colorado Civil Access Pilot Project ("CAPP"), which took effect January 1, 2012, pursuant to Chief Justice Directive 11-02.  **The Court hereby orders Plaintiff to file the revised JDF 601 indicating that this matter <u>is</u> governed by CAPP within seven days**.  The revised JDF 601 is attached to this order and is available along with other CAPP forms at the following address:
http://www.courts.state.co.us/Courts/Civil_Rules.cfm.

  **The Court will strike Plaintiff's pleadings and dismiss the case without prejudice if Plaintiff fails to comply with this Order.**

Dated this 24th day of February, 2012

J. Eric Elliff
District Court Judge

| | |
|---|---|
| District Court _____County, Colorado<br>Court Address:<br><br>_____<br>Plaintiff(s):<br><br>v.<br><br>Defendant(s): | |
| | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address): | Case Number: |
| Phone Number:             E-mail:<br>FAX Number:            Atty. Reg. #: | Division          Courtroom |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT** | |

1. **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.  Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. **Check one of the following:**

   ❑This case is governed by Chief Justice Directive ("CJD") 11-02 and the "Colorado Civil Access Pilot Project Rules Applicable to Business Actions in District Court" because:

   - The case is filed within the period of January 1, 2012 through December 31, 2013; *AND*

   - The case is filed in a Pilot Project participating jurisdiction (Adams County, Arapahoe County, Denver County, Gilpin County, or Jefferson County); *AND*

   - The case is a "Business Action" as defined in CJD 11-02, Amended Appendix A for inclusion in the Pilot Project.

   ❑This case is not governed by the Colorado Civil Access Pilot Project Rules.

   *NOTE:* ***Cases subject to the Colorado Civil Access Pilot Project must be governed by the Rules in CJD 11-02*** *(available at http://www.courts.state.co.us/Courts/Supreme_Court/Directives/Index.cfm).  The presiding judge will review Item 2 for accuracy.  The designation on this initial Cover Sheet will control unless the Court orders otherwise.*

3. **If this case is not governed by the Colorado Civil Access Pilot Project Rules as indicated in Item 2, check the following:**

❏This case is governed by C.R.C.P. 16.1 because:

- The case is not a class action, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

- A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

❏This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

❏The case is a class action, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

❏A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

*NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 35 days of the at-issue date. See C.R.C.P. 16.1(b)(1) (re: case type) and C.R.C.P. 16.1(e) (re: amount in controversy). In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 45 days of the at-issue date. See C.R.C.P. 16.1(d).*

❏A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:

❏C.R.C.P. 16.1 applies to this case.

❏C.R.C.P. 16.1 does not apply to this case.

**4.** ❏This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this
    box is optional.)

Date: _____

_____
Signature of Party or Attorney for Party